AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a 501(c) (3) nonprofit organization | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  26-cv-23710 |
| KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management
2555 Shumard Oak Boulevard
Tallahassee, Florida 32399
-and- to oag.civil.eserve@myfloridalegal.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elise Pautler Bennett (Fla. Bar No. 106573)
Center for Biological Diversity
Post Office Box 2155
St. Petersburg, FL 33731
Telephone: (727) 755-6950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*