**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-23710-MORENO-D'ANGELO**

CENTER FOR BIOLOGICAL DIVERSITY, a
501(c)(3) nonprofit organization,

        Plaintiff,

   vs.

KEVIN GUTHRIE, in his official capacity as
Executive Director of the Florida Division of
Emergency Management,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Center for Biological

Diversity hereby voluntarily dismisses the above-captioned action in its entirety, without

prejudice.

DATED: July 13, 2026

                Respectfully submitted,

                s/ Elise Pautler Bennett

                Elise Pautler Bennett (Fla. Bar No. 106573)
                Attorney E-mail address: ebennett@biologicaldiversity.org
                Center for Biological Diversity
                Post Office Box 2155
                St. Petersburg, FL 33731
                Telephone: (727) 755-6950

                Ryan Maher
                (DC Bar No. 1620024, admitted *pro hac vice*)
                Attorney E-mail address: rmaher@biologicaldiversity.org

Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
Telephone: (781) 325-6303

Robert Ukeiley
(Colo. Bar No. 26747, admitted *pro hac vice*)
Attorney E-mail address: rukeiley@igc.org
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Telephone: (720) 496-8568

Benjamin Rankin
(Cal. Bar No. 352371, admitted *pro hac vice*)
Attorney E-mail address: brankin@biologicaldiversity.org
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
Telephone: (202) 849-8402

Samuel Schneider
(Colo. Bar No. 60927, admitted *pro hac vice*)
Attorney E-mail address: sam@metamorphiclaw.com
Metamorphic Law
3900 E Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: (720) 443-5709

*Counsel for Plaintiff Center for Biological Diversity*